AO 455(Rev. 2/99) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | FILED UNDER SEAL |
| V. | WAIVER OF INDICTMENT |
| FABIO TORDIN | Case Number: <u>15-564 (RJD)</u> |

I, <u>FABIO TORDIN</u>, the above named defendant, who is accused of

> *Three counts of wire fraud conspiracy, in violation of 18 U.S.C. § 1349, one count of fraud and false statements in tax returns, in violation of 26 U.S.C. § 7206(1)*

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on November 9, 2015 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**Defendant**
Fabio Tordin

**Counsel for Defendant**
Juan M. Vargas

**Before:** 
Judicial Officer