
## CRIMINAL CAUSE FOR PLEADING

**FILE UNDER SEAL**

BEFORE: **MAGISTRATE JUDGE LEVY**            DATE: Nov. 9, 2015

__15 CR 564(RJD)__                           United States v. Fabio Tordin

DEFENDANT : Fabio Tordin

   X  present ___not present      ___cust.      ___bail

DEFENSE COUNSEL: Juan Vargas, Michael Diaz, Fausto Sanchez

   X  present ___not present      ___CJA   X RET ___FD

AUSA: Paul Tuchmann                          CLERK: Jared Goldman

INTERPRETER: Marsha Gotler

RECORDING START AND END TIME: n/a

X  CASE CALLED            X  DEFT'S FIRST APPEARANCE
DEFT: X SWORN  X ARRAIGNED  X INFORMED OF RIGHTS

- **X** WAIVER OF INDICTMENT FILED
- **X** INFORMATION FILED
- **X** DEFT ENTERS GUILTY PLEA TO COUNT(S) 1-4 OF THE INFORMATION
- ___ DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS GUILTY PLEA TO COUNT(s) _____ OF THE (SUPERSEDING) INDICTMENT/INFORMATION
- ___ COURT FINDS FACTUAL BASIS FOR THE PLEA
- **X** SENTENCING CONTROL DATE June 24, 2016 AT 10 AM BEFORE J. Dearie
- ___ SENTENCING TO BE SET BY PROBATION
- ___ BAIL: ___SET   ___CONT'D FOR DEFT.   ___CONT'D IN CUSTODY
- ___ CASE ADJOURNED TO _____ AT _____
- ___ (SEALED) TRANSCRIPT ORDERED
- **X** Surety sworn and advised of obligations on bond; signature approved.
- **X** Bond issued.

**OTHER:** **Pursuant to Federal Rule 11 of Criminal Procedure, the Magistrate Judge did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate Judge recommends that the plea of guilty be accepted.**