

DIAZ, REUS & TARG, LLP
MIAMI OFFICE
100 S.E. 2nd Street
3400 Miami Tower
Miami, Florida 33131

Tel: (305) 375-9220
Fax: (305) 375-8050
www.diazreus.com

November 16, 2015

Clerk of Courts                                   **VIA FEDERAL EXPRESS**
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Attn.: August Marziliano

    Re:     **Docket No. 15-CR-564**

Dear Mr. Marziliano:

    Enclosed please find our check in the amount of $600.00 for payment of the required fee for pro hac vice admission of the following attorneys:

1. Michael Diaz, Jr. [DE-7]
2. Robert I. Targ   [DE-11]
3. Juan M. Vargas  [DE-5]
4. Fausto Sanchez  [DE-9]

Should you have any further questions, please feel free to contact me. Thank you.

Sincerely,

Juan M. Vargas

JMV/lv
Enclosure

&%RP&%D1&%RPCourt Name: Eastern District of
New York
Division: 1
Receipt Number: 4653095018
Cashier ID: taronji
Transaction Date: 11/17/2015
Payer Name: Michael Diaz Jr... Law
----------------------------------
PRO HOC VICE
 For: Michael Diaz, Jr.
 Case/Party: D-NYE-1-15-LB-000001-002
 Amount:       $150.00
PRO HOC VICE
 For: Robert I. Targ
 Case/Party: D-NYE-1-15-LB-000001-002
 Amount:       $150.00
PRO HOC VICE
 For: Juan M. Vargas
 Case/Party: D-NYE-1-15-LB-000001-002
 Amount:       $150.00
PRO HOC VICE
 For: Fausto Sanchez
 Case/Party: D-NYE-1-15-LB-000001-002
 Amount:       $150.00
----------------------------------
PAPER CHECK CONVERSION
 Amt Tendered: $600.00
----------------------------------
Total Due:      $600.00
Total Tendered: $600.00
Change Amt:     $0.00

15CR564- Pro Hac Vice for four
attorneys: Diaz(007); Targ(11);
Vargas(005); and Sanchez(009).