

**DIAZ, REUS & TARG, LLP**
MIAMI OFFICE
100 S.E. 2nd Street
3400 Miami Tower
Miami, Florida 33131

Tel: (305) 375-9220
Fax: (305) 375-8050
www.diazreus.com

October 7, 2019

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:   US v. Fabio Tordin**
> **Case No. 15 CR 564 (RJD)**

Dear Judge Chen:

On November 9, 2015, the Defendant, Fabio Tordin, entered a Plea of Guilty in the above-referenced matter.  After accepting the plea, the Court scheduled sentencing for June 24, 2016.  That sentencing date has subsequently been adjourned by the Court on several occasions.  Most recently, and by Order dated April 17, 2019, the Court adjourned the sentencing to November 6, 2019.

We respectfully request that Mr. Tordin's sentencing date, along with the dates of the parties sentencing submissions, be further adjourned for an additional six (6) months.  We have previously been advised by Chambers that the Court will select an appropriate date and time for sentencing based upon the Court's availability. We have consulted with Assistant United States Attorney Keith Edelman regarding this request, and the government has no objection to the proposed adjournment.

Thank you for your professional courtesies in these regards.

Sincerely,

Robert I. Targ
Counsel for Defendant

RIT:lv
*cc:  AUSA Keith Edelman*